**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1177**

———————

WALTER CLAYTON RUFF, JR.,

        Plaintiff - Appellant,

    v.

MATT BOWERS, Sergeant; WESLEY BOLAND, Captain; NICK
BOUKNIGHT, Investigator; JAMES LEE FOSTER, Newberry County
Sheriff,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Mary G. Lewis, District Judge.
(8:12-cv-03522-MGL)

———————

Submitted:  May 22, 2014          Decided:  May 28, 2014

———————

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Walter Clayton Ruff, Jr., Appellant Pro Se.  Vinton D. Lide,
Michael Stephen Pauley, LIDE & PAULEY, LLC, Lexington, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Clayton Ruff, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ruff v. Bowers, No. 8:12-cv-03522-MGL (D.S.C. Feb. 19, 2014). We further deny Ruff's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2